JASON R. MAIER, ESQ.
Nevada Bar No. 8557
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail:   jrm@mgalaw.com
          djb@mgalaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERENDIRA DOMINGUEZ, individually, and ALLISON LOPEZ, individually<br><br>Plaintiffs,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC, a domestic limited liability company; MGM RESORTS INTERNATIONAL; a foreign corporation DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01665<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to LR 7.1-1, the undersigned counsel for plaintiffs ERENDIRA DOMINGUEZ and ALLISON LOPEZ, certifies that there are no other parties, other than those named, that have an interest in the outcome of this case. These representations are made to enable judges of the court to evaluate possible recusal.

DATED this 11th day of June 2024.

                                                Respectfully submitted,

                                                **MAIER GUTIERREZ & ASSOCIATES**

                                                */s/ Danielle J. Barraza*
                                                JASON MAIER, ESQ., NV Bar No. 8557
                                                DANIELLE J. BARRAZA, ESQ., NV Bar No. 13822
                                                8816 Spanish Ridge Avenue
                                                Las Vegas, Nevada 89148
                                                *Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing **CERTIFICATE OF INTERESTED PARTIES** was made on this 9th day of September 2024, via the Court's CM/ECF system to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

*/s/ Yadira Gonzalez*
An employee of MAIER GUTIERREZ & ASSOCIATES