JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JUSTIN A. SHIROFF, ESQ.
Nevada Bar No. 12869
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com
Email: justin.shiroff@jacksonlewis.com

*Attorneys for Defendant's*
*Aria Resort & Casino, LLC, and*
*MGM Resorts International*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERENDIRA DOMINGUEZ, individually, and ALLISON LOPEZ, individually<br><br>Plaintiffs',<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC, a domestic limited liability company; MGM RESORTS INTERNATIONAL; a foreign corporation DOES I-X; and ROE BUSINESS ENTITIES IX, inclusive,<br><br>Defendant's. | Case No. 2:24-cv-01665-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR RESPONSES TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendants Aria Resort & Casino, LLC and MGM Resorts International ("Defendants") by and through its counsel, the law firm of Jackson Lewis P.C., and Plaintiffs Erendira Dominguez and Allison Lopez ("Plaintiffs"), by and through their counsel, Maier Gutierrez & Associates, hereby stipulate and agree as follows:

1. Plaintiffs' served Defendants with the Summons and Complaint on September 16, 2024.

2. Defendants' respective responses to Plaintiffs' Complaint is currently due on October 7, 2024.

3. Due to Defense counsel's recent retention, additional time is required to investigate Plaintiff's allegations before filing an answer to the Complaint, which spans 17 pages and contains approximately 125 detailed paragraphs with extensive fact allegations.

4. The Parties have agreed to extend the deadline for Defendants' response to Plaintiffs' Complaint to **November 6, 2024**.

5. This is the first request for an extension of time for Defendants to file their respective responses to Plaintiffs' Complaint.

6. This request is made in good faith and not for the purpose of delay.

7. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 4th day of October, 2024.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/Danielle J. Barraza*<br>JASON R. MAIER, ESQ.<br>Nevada Bar No. 8557<br>DANIELLE J. BARRAZA, ESQ.<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 | */s/Justin A. Shiroff*<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>JUSTIN A. SHIROFF, ESQ.<br>Nevada Bar No.12869<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____