JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JUSTIN A. SHIROFF, ESQ.
Nevada Bar No. 12869
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com
Email: justin.shiroff@jacksonlewis.com

*Attorneys for Defendant's*
*Aria Resort & Casino, LLC, and*
*MGM Resorts International*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERENDIRA DOMINGUEZ, individually, and ALLISON LOPEZ, individually<br><br>Plaintiffs',<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC, a domestic limited liability company; MGM RESORTS INTERNATIONAL; a foreign corporation DOES I-X; and ROE BUSINESS ENTITIES IX, inclusive,<br><br>Defendant's. | Case No. 2:24-cv-01665-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR RESPONSES TO PLAINTIFFS' COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendants ARIA RESORT & CASINO, LLC and MGM RESORTS INTERNATIONAL ("Defendants") by and through their counsel, the law firm of Jackson Lewis P.C., and Plaintiffs Erendira Dominguez and Allison Lopez ("Plaintiffs"), by and through their counsel, the law firm of Maier Gutierrez & Associates, hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint on September 9, 2024. ECF No. 1.

2. Defendants were served with the Summons and Complaint on September 16, 2024.

3. On October 4, 2024, the Parties stipulated to extend the time for Defendants to file their respective responses to Plaintiffs' Complaint from October 7, 2024 to November 6, 2024. ECF

No. 7.

4. The Court granted the Parties' stipulation on October 7, 2024. ECF No. 9

5. Defendants' counsel is working to complete Defendants' respective responses to Plaintiffs' Complaint (which spans 17 pages and contains approximately 125 detailed paragraphs with extensive fact allegations), but has been delayed in doing so due to being out of the office for fourteen (14) days since early October, preparing for and participating in two significant mediations, completing extensive reviews of electronically stored information in several other matters, and additional conferences, briefing, and related work in other matters.

6. In light of the foregoing, the Parties have agreed to extend the deadline for Defendants to file their respective responses to Plaintiffs' Complaint to **November 14, 2024**.

7. This is the second request for an extension of time for Defendants to file their respective responses to Plaintiffs' Complaint.

8. This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9. Nothing in this Stipulation and Order shall operate to waive, relinquish, or otherwise impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 6th day of November, 2024.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle Barraza* <br> JASON R. MAIER, ESQ. <br> Nevada Bar No. 8557 <br> DANIELLE J. BARRAZA, ESQ. <br> Nevada Bar No. 13822 <br> 8816 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 | */s/ Joshua A. Sliker* <br> JOSHUA A. SLIKER, ESQ. <br> Nevada Bar No. 12493 <br> JUSTIN A. SHIROFF, ESQ. <br> Nevada Bar No.12869 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____