JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JUSTIN A. SHIROFF, ESQ.
Nevada Bar No. 12869
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: justin.shiroff@jacksonlewis.com

*Attorneys for Defendants*
*Aria Resort & Casino, LLC; and*
*MGM Resorts International*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERENDIRA DOMINGUEZ, individually, and ALLISON LOPEZ, individually<br><br>Plaintiffs,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC, a domestic limited liability company; MGM RESORTS INTERNATIONAL; a foreign corporation DOES I-X; and ROE BUSINESS ENTITIES IX, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01665-JAD-DJA<br><br>**DEFENDNANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

Defendants ARIA RESORT & CASINO, LLC and MGM RESORTS INTERNATIONAL (collectively, "Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., hereby bring the instant Motion to Extend Time to Respond to Plaintiffs' Complaint (Third Request). Defendants' response to the Complaint is currently due on November 14, 2024. Defendants seek an extension up to and including **November 20, 2024**. This Motion is based on the following Memorandum of Points and Authorities, all pleadings, and documents on file with the Court, and any oral argument the Court deems proper.

/ / /

/ / /

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. BACKGROUND

This is an employment discrimination case brought pursuant to Title VII of the Civil Rights Act of 1964 and Nevada law. Plaintiffs filed their Complaint on September 9, 2024 (ECF No. 2), and served Defendants with the Summonses and Complaint on September 16, 2024.

### II. LEGAL ARGUMENT

Fed. R. Civ. P. 6(b)(1) provides that when an act must be done within a specified time, the Court "may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ."[1] "Good cause" is not a rigorous or high standard, and courts have construed the test broadly. *Ahanchion v. Kenan Pictures*, 624 F.3d 1253 (9th Cir. 2010). Rule 6(b) "[is] to be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Rodgers v. Watt*, 722 F.2d 456, 459 (9th Cir. 1983); *Wong v. Regents of the Univ. of Calif.*, 410 F.3d 1052, 1060 (9th Cir. 2005) ("Of course, courts should not mindlessly enforce deadlines."). Indeed, the "good cause" standard "primarily considers the diligence of the party seeking the amendment." *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 737 (9th Cir. 2013). In general, an application for extension of time under Rule 6(b)(1)(A) will be granted in the absence of bad faith. *Ahanchion*, 624 F.3d at 1259 (quoting 4B CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE § 1165 (3d ed. 2004)) (internal quotations omitted).

Here, there is good cause to extend the time for Defendants to file their respective responses to Plaintiffs' Complaint to November 20, 2024. One of Defendants' attorneys has been out of the office unexpectedly due to illness for the past several days. Additionally, Mr. Sliker has been engaged in preparing for a mediation and week-long arbitration hearing, and handling work in other matters, which has limited his capacity. Together, these circumstances have delayed the completion of Defendants' respective responses to the Complaint.

Plaintiffs' counsel has been very gracious and accommodating as Defendants' counsel works to prepare Defendants' respective responses to Plaintiffs' Complaint. Specifically, on October 4, 2024, the Parties stipulated to extend the time for Defendants to file their respective

2

responses to Plaintiffs' Complaint from October 7, 2024 to November 6, 2024. ECF No. 7. The Court granted the Parties' stipulation on October 7, 2024. ECF No. 9. On November 6, 2024, the Parties submitted a second stipulation to extend Defendants' response deadline from November 7th to November 14, 2024. ECF No. 10. The Court granted the second stipulation on November 7, 2024. ECF No. 11. The extensions have not delayed the progress of the case. Indeed, the Parties held their FRCP 26(1) discovery conference on November 7, 2024, and are working to prepare and submit the Joint Discovery Plan and Scheduling Order.

Accordingly, Defendants request that the time to submit their respective responses to Plaintiffs' Complaint be extended to November 20. 2024. This request is submitted in good faith and not for the purposes of delay.

### III. <u>CONCLUSION</u>

For the foregoing reasons, Defendants respectfully request that the Court grant their Motion to Extend Time to Respond to Plaintiffs' Complaint up to and including November 20, 2024.

Dated this 14th day of November, 2024.

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JUSTIN A. SHIROFF, ESQ.
Nevada Bar No. 12869
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Aria Resort & Casino, LLC; and*
*MGM Resorts International*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 14th day of November, 2024, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **DEFENDNANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** properly addressed to the following:

JASON R. MAIER, ESQ.
Nevada Bar No. 8557
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
Email: jrm@mgalaw.com
Email: djb@mgalaw.com

*Attorneys for Plaintiffs*

                                                   */s/ Joshua A. Sliker*
                                                   Employee of Jackson Lewis P.C.