JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JUSTIN A. SHIROFF, ESQ.
Nevada Bar No. 12869
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com
Email: justin.shiroff@jacksonlewis.com

*Attorneys for Defendants*
*ARIA Resort & Casino, LLC, and*
*MGM Resorts International*

# UNITED STATES DISTICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERENDIRA DOMINGUEZ, individually, and ALLISON LOPEZ, individually<br><br>             Plaintiffs',<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC, a domestic limited liability company; MGM RESORTS INTERNATIONAL; a foreign corporation DOES I-X; and ROE BUSINESS ENTITIES IX, inclusive,<br><br>             Defendant's. | Case No. 2:24-cv-01665-JAD-DJA<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Defendants ARIA Resort & Casino, LLC ("ARIA") and MGM Resorts International ("MGMRI"), certifies that following may have a direct, pecuniary interest in the outcome of this case:

Aria Resort & Casino, LLC is a Nevada limited liability company and wholly owned indirect subsidiary MGM Resorts International. MGMRI is a publicly traded corporation that trades under the symbol MGM.

MGM Resorts International is a corporation organized under the laws of the State of Delaware. MGMRI has no parent company, and no publicly held corporations owns 10% or more of its stock. MGMRI is a publicly traded corporation that trades under the symbol MGM.

There are no known other interested parties other than those participating in this case.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated this 2nd day of December, 2024.

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JUSTIN A. SHIROFF, ESQ.
Nevada Bar No. 12869
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*ARIA Resort & Casino, LLC, and*
*MGM Resorts International*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 2nd day of December, 2024, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** properly addressed to the following:

JASON R. MAIER, ESQ.
Nevada Bar No. 8557
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
Email: jrm@mgalaw.com
Email: djb@mgalaw.com

*Attorneys for Plaintiffs*

              */s/ Kimberley Chapman*
              Employee of Jackson Lewis P.C.

3