JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JUSTIN A. SHIROFF, ESQ.
Nevada Bar No. 12869
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com
Email: justin.shiroff@jacksonlewis.com

*Attorneys for Defendants*
*ARIA Resort & Casino, LLC, and*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERENDIRA DOMINGUEZ, individually, and ALLISON LOPEZ, individually

Plaintiffs,

vs.

ARIA RESORT & CASINO, LLC, a domestic limited liability company; MGM RESORTS INTERNATIONAL; a foreign corporation DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,

Defendants.

Case No.: 2:24-cv-01665-JAD-DJA

**STIPULATION AND ORDER TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

**(First Request)**

Defendants ARIA Resort & Casino, LLC ("ARIA") and MGM Resorts International ("MGMRI") (collectively, "Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., and Plaintiffs Erendira Dominguez and Allison Lopez ("Plaintiffs"), by and through their counsel, the law firm of Maier Gutierrez & Associates, hereby stipulate and agree as follows:

**A. Discovery Completed to Date.**

To date, the parties have engaged in the following discovery:

- 11/21/2024 – Plaintiffs' Initial Disclosures pursuant to FRCP 26(a)(1);
- 11/21/2024 – Defendants' Initial Disclosures pursuant to FRCP 26(a)(1);

- 12/03/2024 – Plaintiff's First Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e);
- 12/06/2024 – Plaintiff Dominguez's First Set of Requests for Production to Defendant ARIA;
- 12/06/2024 – Plaintiff Dominguez's First Set of Requests for Production to Defendant MGMRI;
- 12/06/2024 – Plaintiff Lopez's First Set of Requests of Production to Defendant MGMRI;
- 12/06/2024 – Plaintiff Lopez's First Set of Requests of Production to Defendant ARIA;
- 12/06/2024 – Plaintiff's Lopez's First Set of Interrogatories to MGMRI;
- 12/11/2024 – Plaintiff's Second Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e);
- 03/12/2025 – Defendants' First Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e), and Defendants' Responses to Plaintiffs' respective First Sets of Requests for Production to Defendants;
- 03/14/2025 – Plaintiffs' Deposition of Doug Seidenberg;
- 03/18/2025 – Plaintiffs' Deposition of Diana Castrillon;
- 03/27/2025 – Plaintiffs' Subpoena Duces Tecum to Golf Adventures Marketing, Inc.
- 04/10/2025 – Defendants' Second Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e), and Defendants' Supplemental Responses to Plaintiffs' respective First Sets of Requests for Production to Defendants;

**B. Discovery Which Still Needs to Occur.**

Plaintiffs intend to take the depositions of Nick Monti,Daniel Paolella, Justin Andrews, Mary Calderon, Garrett Poinier, Deidre Fike, Alex Isaac, the FRCP 30(b)(6) witness(es) for Defendants, and may be seeking Court approval for additional depositions in light of the significant number of witnesses listed in Defendants' disclosures. Defendants intend to take the depositions of Plaintiff Dominguez and Plaintiff Lopez. Both parties intend to serve written discovery requests. The parties

may take additional depositions and serve additional subpoenas depending on what the evidence reveals as discovery progresses.

**C. Reasons Why Discovery Has Not Been Completed.**

The parties have been working diligently to complete discovery. Defendants have engaged in reviewing voluminous amounts of electronically stored information that is potentially relevant to the issues in this case and have been making rolling productions. This process has and continues to take a substantial amount of time, but nonetheless is necessary to identify relevant evidence. The parties have been allowing this process to complete before substantially continuing with key depositions to ensure an efficient discovery process and to avoid the potential for having to reconvene depositions for later disclosed information.

**D. Proposed Schedule for Completing Remaining Discovery.**

The parties propose the following schedule for completing remaining discovery:

- **Discovery Cut-Off Date –** The May 19, 2025, discovery cut-off date shall be extended ninety (90) days to **August 18, 2025**. The ninetieth day falls on Sunday, August 17, 2025, a non-judicial day, and therefore, in accordance with FRCP 6(a)(1), advances to the next judicial day which is August 18, 2025.
- **Dispositive Motions –** The June 18, 2025, dispositive motions deadline shall be extended to **September 17, 2025,** which is thirty (30) days after the discovery deadline.
- **Pretrial Order –** If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of the dispositive motions, which is **October 17, 2025**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dipositive motions or by further order of the Court.

/ / /

/ / /

/ / /

The Parties submit that these circumstances satisfy the required good cause to extend the deadlines referenced above.

DATED this 22nd day of April, 2025.

MAIER GUTIERREZ & ASSOCIATES

*/s/ Danielle J. Barraza*
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiffs*

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JUSTIN A. SHIROFF, ESQ.
Nevada Bar No.12869
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

______________________________
HON. DANIEL J. ALBREGTS
United States Magistrate Judge

Dated: ______________________________