1  JASON MAIER, ESQ.
   Nevada Bar No. 8557
2  DANIELLE J. BARRAZA, ESQ.
   Nevada Bar No. 13822
3  **MAIER GUTIERREZ & ASSOCIATES**
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone: (702) 629-7900
5  Facsimile: (702) 629-7925
   E-mail:    jrm@mgalaw.com
6              djb@mgalaw.com

7  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERENDIRA DOMINGUEZ, individually, and ALLISON LOPEZ, individually<br><br>Plaintiffs,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC, a domestic limited liability company; MGM RESORTS INTERNATIONAL; a foreign corporation DOES I-X; and ROE BUSINESS ENTITIES IX, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01665-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DISCOVERY DEADLINES**<br><br>**[SECOND REQUEST]** |

Pursuant to LR IA 6-1 and 6-2, and LR 26-3 [26-4 struck], plaintiffs Erendira Dominguez and Allison Lopez (collectively "Plaintiffs") and defendants Aria Resort & Casino, LLC and MGM Resorts International (collectively "Defendants") agree, by and through their respective counsel, to stipulate and request the Court to extend discovery for forty-five (45) days. In support thereof, the parties' state:

**A.    Discovery Conducted to Date (LR 26-4(a)):**

- 11/21/2024 – Plaintiffs' Initial Disclosures pursuant to FRCP 26(a)(1);

- 11/21/2024 – Defendants' Initial Disclosures pursuant to FRCP 26(a)(1);

- 12/03/2024 – Plaintiff's First Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e);

1

- 12/06/2024 – Plaintiff Dominguez's First Set of Requests for Production to Defendant ARIA;
- 12/06/2024 – Plaintiff Dominguez's First Set of Requests for Production to Defendant MGMRI;
- 12/06/2024 – Plaintiff Lopez's First Set of Requests of Production to Defendant MGMRI;
- 12/06/2024 – Plaintiff Lopez's First Set of Requests of Production to Defendant ARIA;
- 12/06/2024 – Plaintiff's Lopez's First Set of Interrogatories to MGMRI;
- 12/11/2024 – Plaintiff's Second Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e);
- 03/12/2025 – Defendants' First Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e), and Defendants' Responses to Plaintiffs' respective First Sets of Requests for Production to Defendants;
- 03/14/2025 – Plaintiffs' Deposition of Doug Seidenberg;
- 03/18/2025 – Plaintiffs' Deposition of Diana Castrillon;
- 03/27/2025 – Plaintiffs' Subpoena Duces Tecum to Golf Adventures Marketing, Inc.
- 04/10/2025 – Defendants' Second Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e), and Defendants' Supplemental Responses to Plaintiffs' respective First Sets of Requests for Production to Defendants;
- 07/16/2025 – Defendant ARIA First Sets of Requests of Production to Plaintiff Lopez;
- 07/16/2025 – Defendant ARIA First Set of Interrogatories to Plaintiff Lopez;
- 07/16/2025 – Defendant ARIA First Set of Request of Production to Plaintiff Dominguez;
- 07/16/2025 – Defendant ARIA First Set of Interrogatories to Plaintiff Dominguez;
- 07/24/2025 – Plaintiffs' Third Supplemental Disclosures
- 07/24/2025 – Plaintiffs' Notice of Taking Deposition of Alex Isaac

B. **Discovery yet to be completed**

2

1.   Defendant MGM Resorts International's Responses to Plaintiff Lopez's First Set of Interrogatories;

2.   Plaintiffs intend to take the depositions of Nick Monti, Daniel Paolella, Justin Andrews, Mary Calderon, Garrett Poinier, Deidre Fike, Alex Isaac, the FRCP 30(b)(6) witness(es) for Defendants;

3.   Defendants intend to take the depositions of Plaintiff Dominguez and Plaintiff Lopez;

4.   Additional subpoenas, depositions, written discovery, and discovery as needed.

**C.   Reasons the Remaining Discovery Cannot Be Completed within the Time Limits Set By the Discovery Plan (LR 26-4(c)):**

Plaintiff and defendant have been diligently proceeding through discovery. Delays have occurred due to the substantial breadth of document productions and review of the same. Specifically, through their First Supplemental Disclosures, Defendants served over 16,500 documents, and through their Second Supplemental Disclosures, another large amount of documents were served. The subpoenaed documents received from Las Vegas Golf Adventures were also substantial, totaling over 6,800 documents. The parties anticipate that additional substantial document productions will occur. The parties have endeavored to review these documents and use pertinent documents for upcoming depositions, which has taken some time. Further, witness Alex Isaac is unavailable to be deposed until after the current discovery deadline. There has been no unjust delay and the parties are cooperating with completing the remainder of discovery.

Accordingly, it does not appear that the parties will be able to complete discovery by the current expert deadlines August 18, 2025, and good cause exists to extend the deadlines by approximately 45 days.

**C.   Proposed Schedule for Completing Remaining Discovery (LR 26-4(d)):**

**Current Discovery Deadlines:**

The Current Discovery Deadlines are as follows:

1.  Discovery cut-off (LR26-1(b)(1)):          August 18, 2025.
2.  Amend Pleadings /add parties (LR 26-1(b)(2)):   Closed.
3.  Initial expert disclosures (LR 26-1(b)(3)):    Closed.

3

| | | |
|---|---|---|
| 4. | Rebuttal expert disclosures (LR 26-1(b)(3)): | Closed. |
| 5. | Dispositive motions (LR 26-1(b)(4)): | September 17, 2025. |
| 6. | Joint Pretrial Order (LR 26-1)b)(5), (6)): | October 17, 2025. |

The parties propose extending all discovery deadlines by ninety (90) days as follows:

| | | |
|---|---|---|
| 1. | Discovery cut-off (LR26-1(b)(1)): | November 17, 2025. |
| 2. | Amend Pleadings /add parties (LR 26-1(b)(2)): | Closed. |
| 3. | Initial expert disclosures (LR 26-1(b)(3)): | Closed. |
| 4. | Rebuttal expert disclosures (LR 26-1(b)(3)): | Closed. |
| 5. | Dispositive motions (LR 26-1(b)(4)): | December 17, 2025. |
| 6. | Joint Pretrial Order (LR 26-1)b)(5), (6)): | January 16, 2026.[1] |

DATED this __ day of July, 2025.

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Danielle J. Barraza*
JASON MAIER, ESQ.
Nevada Bar No. 8557
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiffs*

DATED this __ day of July, 2025.

**JACKSON LEWIS P.C.**

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER ESQ.
Nevada Bar No. 12493
I-CHE LAI ESQ.
Nevada Bar No. 12247
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED: 7/29/2025

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1] If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of the dispositive motions, which is January 16, 2026. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dipositive motions or by further order of the Court.