JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
I-CHE LAI, ESQ.
Nevada Bar No. 12247
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorneys for Defendants*
*ARIA Resort & Casino, LLC,*
*and MGM Resorts International*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERENDIRA DOMINGUEZ, individually, and ALLISON LOPEZ, individually<br><br>Plaintiffs,<br><br>v.<br><br>ARIA RESORT & CASINO, LLC, a domestic limited liability company; MGM RESORTS INTERNATIONAL; a foreign corporation DOES I-X; and ROE BUSINESS ENTITIES IX, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01665-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND PRE-TRIAL DEADLINES**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1 and 6-2 and LR 26-3, Plaintiffs Erendira Dominguez and Allison Lopez and Defendants ARIA Resort & Casino, LLC ("ARIA") and MGM Resorts International ("MGMRI"), by and through their respective counsel of record, stipulate to extend discovery by ninety (90) days. In support of this stipulation, the parties provide the following:

A.    **Discovery Completed to Date.**

To date, the parties have engaged in the following discovery:

1.    11/21/2024 – Plaintiffs' Initial Disclosures pursuant to FRCP 26(a)(1);

2.    11/21/2024 – Defendants' Initial Disclosures pursuant to FRCP 26(a)(1);

3.    12/03/2024 – Plaintiff's First Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e);

4.    12/06/2024 – Plaintiff Dominguez's First Set of Requests for Production to Defendant ARIA;

5.    12/06/2024 – Plaintiff Dominguez's First Set of Requests for Production to Defendant MGMRI;

6.    12/06/2024 – Plaintiff Lopez's First Set of Requests of Production to Defendant MGMRI;

7.    12/06/2024 – Plaintiff Lopez's First Set of Requests of Production to Defendant ARIA;

8.    12/06/2024 – Plaintiff's Lopez's First Set of Interrogatories to MGMRI;

9.    12/11/2024 – Plaintiff's Second Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e);

10.    03/12/2025 – Defendants' First Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e), and Defendants' Responses to Plaintiffs' respective First Sets of Requests for Production to Defendants;

11.    03/14/2025 – Plaintiffs' Deposition of Doug Seidenberg;

12.    03/18/2025 – Plaintiffs' Deposition of Diana Castrillon;

13.    03/27/2025 – Plaintiffs' Subpoena Duces Tecum to Golf Adventures Marketing, Inc.

14.    04/10/2025 – Defendants' Second Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e), and Defendants' Supplemental Responses to Plaintiffs' respective First Sets of Requests for Production to Defendants;

15.    07/16/2025 – Defendant ARIA's First Set of Interrogatories to Plaintiff Lopez;

16.    07/16/2025 – Defendant ARIA's First Set of Requests for Production to Plaintiff Lopez;

17.    07/16/2025 – Defendant ARIA's First Set of Interrogatories to Plaintiff Dominguez;

18.    07/16/2025 – Defendant ARIA's First Set of Requests for Production to Plaintiff Dominguez;

19.    07/24/2025 — Plaintiffs' Third Supplemental Disclosures;

20.    07/24/2025 — Plaintiffs' Notice of Taking Deposition of Alex Isaac;

21.    08/22/2025 - Defendant MGMRI's Responses to Plaintiff Lopez's First Set of Interrogatories;

22.    08/25/2025 – Plaintiff Lopez's Responses to Defendant ARIA's First Set of Interrogatories;

23.    08/25/2025 – Plaintiff Lopez's Responses to Defendant ARIA's First Set of Requests for Production;

24.    08/25/2025 – Plaintiff Dominguez's Responses to Defendant ARIA's First Set of Interrogatories; and

25.    08/25/2025 – Plaintiff Dominguez's Responses to Defendant ARIA's First Set of Requests for Production.

**B.    Discovery Which Still Needs to Occur.**

1.    Plaintiffs intend to take the depositions of Nick Monti, Daniel Paolella, Justin Andrews, Mary Calderon, Garrett Poinier, Deidre Fike, Alex Isaac, FRCP 30(b)(6) witness(es) for Defendants; and

2.    Defendants intend to take the depositions of Plaintiff Dominguez and Plaintiff Lopez;

3.    Any additional subpoenas, depositions, written discovery, and discovery as needed.

**C.    Reasons Why Discovery Has Not Been Completed.**

The parties have been working diligently to complete discovery. There has been difficulty scheduling and completing depositions listed above within the current discovery deadlines, which include depositions of former employees of ARIA. Additionally, the parties are exploring whether to engage in mediation or other ADR efforts in the next 45 days, with the aim of completing

depositions of the Plaintiffs before the mediation and completing the remaining depositions after the mediation if the mediation is unsuccessful. There is therefore no unjust delay, and the parties are cooperating with completing the remainder of discovery.

**D.    Proposed Schedule for Completing Remaining Discovery.**

The parties propose the following schedule for completing remaining discovery:

- **Discovery Cut-Off Date** – The November 17, 2025, discovery cut-off date shall be extended 90 days to **February 16, 2026**. The ninetieth day falls on Sunday, February 15, 2026, a non-judicial day, and therefore, in accordance with FRCP 6(a)(1), advances to the next judicial day which is February 16, 2026.

- **Dispositive Motions** – The December 17, 2025, dispositive motions deadline shall be extended to **March 18, 2026,** which is 30 days after the discovery deadline.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- **Pretrial Order** – If no dispositive motions are filed, the Joint Pretrial Order shall be filed 30 days after the date set for the filing of the dispositive motions, which is **April 17, 2026**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dipositive motions or by further order of the Court.

Dated: October 27, 2025

MAIER GUTIERREZ & ASSOCIATES

JACKSON LEWIS P.C.

*/s/ Danielle J. Barraza*
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
I-CHE LAI, ESQ.
Nevada Bar No.12247
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: ___10/28/2025_____